**FILED**
November 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**

Francisco Amador Maciel-Santoyo

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-449**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/19/2026 in Winkler County, in the Western District Of Texas defendant(s) did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title 8 United States Code, Section(s) 1326(a)

I further state that I am a(n) Deportation Officer and that this complaint is based on the following facts:

The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Gilberto Marrero
Signature of Complainant

Gilberto Marrero Alvarado
Printed Name of Complainant

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

11/24/2026 at Pecos, TX
Date City/State

Ronald C. Griffin U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

United States of America v.

**Defendant:**

1) Francisco Amador Maciel-Santoyo

I, Gilberto Marrero Alvarado, am a Deportation Officer employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am authorized to enforce the immigration laws of the United States.

On November 20 2026, while performing my official duties, I conducted a telephonic administrative immigration interview with Francisco Amador Maciel-Santoyo, who was being held at the Pecos Criminal Justice Center in Pecos, Texas.

At the beginning of the interview, I identified myself as an ICE Deportation Officer and advised Mr. Maciel that I was conducting an administrative interview to determine his immigration status.

During the interview, Mr. Maciel identified himself as Francisco Amad Maciel-Santoyo, and stated that he is a citizen and national of Mexico. Mr. Maciel further admitted that he had previously been removed from the United States and had reentered the United States illegally without being admitted or paroled. Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on **04/06/2025** through San Ysidro, CA and 04/10/2025 through San Ysidro, CA.

Based upon Mr. Maciel' admissions during the interview, my review of available immigration records, and my training and experience as an ICE Deportation Officer, I determined there was probable cause to believe that Mr. Maciel had unlawfully reentered the United States following a prior removal.

I make this affidavit based upon my personal knowledge, observations, and actions taken during the course of my official duties. The statements contained herein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026.

Honorable Judge Ronald C. Griffin
United States Magistrate Judge

Gilberto Marrero

Gilberto Marrero Alvarado
Deportation Officer